UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**CLOSED**

| | |
|---|---|
| BRUCE BOONE,<br><br>       Plaintiff(s),<br><br>v.<br><br>CITY OF ELIZABETH, et al,<br><br>       Defendant(s). | Civil Action No.: 07-1848 (JLL)<br><br><br>**O R D E R** |

It appearing that it has been reported to the Court that the above captioned matter has been settled:

**It is on this   29th day of JANUARY, 2010;**

**ORDERED**, that this action be and hereby is dismissed, without costs and without prejudice to the right, upon good cause shown within **60** days, to reopen the action if the settlement is not consummated.

                                                                                      _____
                                                                                      JOSE L. LINARES, U.S.D.J.